# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Robert Ricobene, et al.

                    Plaintiff,

v.                                  Case No.: 1:10–cv–02981
                                       Honorable Harry D. Leinenweber

NCO Financial Systems, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 4, 2011:

      MINUTE entry before Honorable Harry D. Leinenweber:Status hearing held on 5/4/2011. All matters in controversy having been settled, this case is dismissed with prejudice. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.